WORLEY, APPELLANT, *v.* COOPER TIRE & RUBBER COMPANY, APPELLEE.

[Cite as *Worley v. Cooper Tire & Rubber Co.* (2002), 94 Ohio St.3d 1211.]

(No. 00–2155—Submitted November 28, 2001—Decided January 30, 2002.)

---

The cause is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS and RESNICK, JJ., dissent.

---

*Connelly, Jackson & Collier L.L.P., Steven P. Collier* and *Janine T. Avila,* for appellant.

*Jones, Day, Reavis & Pogue, Robert S. Walker* and *Paula Batt Wilson,* for appellee.

*Spangenberg, Shibley & Liber L.L.P.* and *Justin F. Madden,* in support of appellant, for *amicus curiae* Ohio Academy of Trial Lawyers.

---

JUSTICE, ADMR., ET AL., APPELLANTS, *v.* STATE FARM INSURANCE COMPANY, APPELLEE.

[Cite as *Justice v. State Farm Ins. Co.* (2002), 94 Ohio St.3d 1211.]

(No. 00–2156—Submitted December 12, 2001—Decided January 30, 2002.)

---

The cause is dismissed, *sua sponte,* as having been improvidently allowed.